7229. LYNCH *v.* ZIPPERER.

BROYLES, J. 1. The evidence for the plaintiff made out a prima facie case, and the award of a nonsuit was error.

2. As presented, there is no merit in the other assignments of error.

*Judgment reversed.*

DECIDED JULY 19, 1916.

Trover; from city court of Springfield—Judge Shearouse. October 11, 1915.

*D. H. Clark,* for plaintiff. *J. H. Smith,* for defendant.